UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Toby Depoister,                                          File No. 21-cv-1794 (ECT/HB)

      Petitioner,

v.

B. Birkholz, *Warden of Federal Prison*                    **ORDER**
*Camp Duluth*, and Michael Carvajal,
*Director of the Federal Bureau of Prisons*,
*each in their official capacities*,

      Respondents.

_____

      Magistrate Judge Hildy Bowbeer issued a Report and Recommendation on August 30, 2021.  ECF No. 9.  No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error.  *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).  Finding no clear error, and based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

    1.    The Report and Recommendation [ECF No. 9] is **ACCEPTED**.

    2.    The Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 1] is **DENIED** without prejudice.

          **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  October 5, 2021                          s/ Eric C. Tostrud
                                       Eric C. Tostrud
                                       United States District Court